

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2014

No. 04-14-00140-CV

**IN THE INTEREST OF A.R.P., ET AL., CHILDREN,**

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 13-01-0023-CVA
Honorable Thomas F. Lee, Judge Presiding

## O R D E R

    Appellant's motion for extension of time to file brief is hereby GRANTED. Appellant's brief is due on or before May 12, 2014.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of April, 2014.

_____
Keith E. Hottle
Clerk of Court